UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

RONNIE CARNEY,                           :

      Plaintiff,                        :

                                :

v.                                       :      CASE NO.: 3:08-CV-00019-JTC-ECS

                                :

NCO FINANCIAL SYSTEMS, INC.,   :

                                :

      Defendant.                        :
_____:

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Ronnie Carney, and Defendant, NCO Financial Systems, Inc., through counsel, have agreed to a settlement in principal of this matter, and are currently negotiating and preparing the necessary documents to finalize their agreement.

WHEREFORE, the Defendant respectfully requests that the Court stay all pending deadlines pending final settlement of this matter.

Respectfully submitted,

/s/: Howard Lessinger, Esq.
Howard Lessinger
McLain & Merritt P.C.
3445 Peachtree Road, N.E., Suite 500
Atlanta, GA 30326
Telephone: (404) 365-4514
Facsimile: (404) 364-3138
hlessinger@mclain-merritt.com

## CERTIFICATE OF SERVICE

I certify that on this 5th day of May, 2008, a copy of the foregoing Notice of

Pending Settlement was filed electronically in the ECF system.  Notice of this filing will

be sent to the parties of record by operation of the Court's electronic filing system,

including Plaintiff's counsel as described below.  Parties may access this filing through

the Court's system.

Kris Kelly Skaar
Law Office of Kris Skaar
331 Washington Avenue
P.O. Box 1478
Marietta, GA 30061-1478


/s/: Howard Lessinger, Esq.
Attorney

N:\NCO\Carney, Ronnie (6947-08-22683) SETTLED 5-1-08\Pleadings\Notice of Pending Settlement.doc