IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| RONNIE CARNEY,                       : | |
|     Plaintiff,              : | |
|                                                                               : CIVIL ACTION FILE | |
| v.                                   : | |
|                                                                               : NO. 3:08-CV-00019-JTC-ECS | |
| NCO FINANCIAL SYSTEMS, INC., : | |
|     Defendant.              : | |

**STIPULATION OF DISMISSAL**

COME NOW ALL PARTIES WHO HAVE APPEARED IN THIS ACTION, pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure, and voluntarily stipulate that this action shall be dismissed with prejudice.

Respectfully submitted,

FOR PLAINTIFF:                                                         **THE LAW OFFICE OF KRIS SKAAR, P.C.**

                                                                       by:    /s/ Kris Skaar
                                                                                Kris Skaar
                                                                                Georgia Bar No. 649610

P.O. Box 1478 ! Marietta, GA 30061-1478
331 Washington Avenue ! Marietta, GA  30060
voice (770) 427 - 5600 !  fax (770) 427 - 9414
krisskaar@aol.com

                      SIGNATURES CONTINUE ON FOLLOWING PAGE

- 1 -

FOR DEFENDANT: **MCLAIN & MERRITT P.C.**

                                                  by:   /s/ Howard Lessinger
                                                        Howard Lessinger
                                                        Georgia Bar No. 447088

3345 Peachtree Road, N.E., Suite 500
Atlanta, Georgia 30326
voice (404) 365 - 4514 ! fax (404) 364 - 3138
hlessinger@mclain-merritt.com